FILED 06 JUL '22 15:47 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00231-MO |
| v. | **INDICTMENT** |
| RAMON EDUARDO ANGULO SANCHEZ, | 21 U.S.C. § 841(a)(1), (b)(1)(A)(i) |
| Defendant. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Possession with Intent to Distribute Heroin)
(21 U.S.C. § 841(a)(1), (b)(1)(A)(i))

On or about June 14, 2022, in the District of Oregon, the defendant, **RAMON EDUARDO ANGULO SANCHEZ**, did unlawfully and knowingly possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

///

///

**Indictment**                                                                                                                                  **Page 1**

The grand jury further charges that this violation involved one kilogram or more of a mixture or substance containing a detectable amount of heroin;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(i).

Dated: July 6, 2022

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
SCOTT ERIK ASPHAUG
United States Attorney

CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney