Per C. Olson, OSB #933863
HOEVET OLSON, PC
1000 SW Broadway, Suite 1740
Portland, Oregon 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
Email: per@hoevetlaw.com

      Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMON EDUARDO ANGULO SANCHEZ,<br><br>    Defendant. | Case No. 3:22-CR-00231-MO<br><br>WAIVER OF ARRAIGNMENT PURSUANT TO FED. R. CRIM. P. 10(b) |

    Defendant, Ramon Eduardo Angulo Sanchez, by and through his counsel of record, Per C. Olson, hereby files this waiver of arraignment pursuant to Federal Rule of Criminal Procedure 10(b).

    By his signature below, defense counsel certifies that defendant has received the Indictment filed in this case on July 6, 2022; that defendant knows and understands the accusations against him; and, that defendant is aware that he is entitled to be arraigned in open court. Defense counsel further certifies that defendant waives his right to be present in open court for arraignment, the right to a reading of the Indictment or the stating of the substance of the charge in open court, and that defendant enters a plea of Not Guilty.

Page 1 - WAIVER OF ARRAIGNMENT PURSUANT TO FRCP 10(b)

HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON 97205
(503) 228-0497

Prior to filing, defense counsel provided the Government a copy of this notice. Defense counsel certifies that the Government does not object to this waiver.

Defendant respectfully requests that the Court accept this waiver and schedule this matter for trial.

DATED this 7th day of July, 2022.

                                      HOEVET OLSON, PC

                                      *s/ Per C. Olson*
                                      Per C. Olson, OSB #933863
                                      Of Attorneys for Defendant

_____

(COURT USE ONLY)

IT IS ORDERED that defendant's Waiver of Arraignment pursuant to Fed. R. Crim. P. 10(b) is accepted and a Not Guilty plea and denial of any Forfeiture Allegation is entered on behalf of defendant.

DATED this 8th day of July, 2022.

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

Page 2 - WAIVER OF ARRAIGNMENT PURSUANT TO FRCP 10(b)

HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON 97205
(503) 228-0497